FILED IN CHAMBERS
U.S.D.C ATLANTA

Date: May 06 2026

KEVIN P. WEIMER , Clerk

By: Lisa Glaser
Deputy Clerk

# United States District Court
NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA

v.

Edward Zimbardi

**UNDER SEAL**

**CRIMINAL COMPLAINT**

Case Number: 2:26-MJ-16-AWH

I, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief. From in or about June 2022 until on or about August 2023, in the Northern District of Georgia, and elsewhere, the defendant EDWARD ZIMBARDI, knowingly devised and intended to devise a scheme and artifice to defraud, and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, and by omission of material facts, and for the purpose of executing the scheme and artifice to defraud, with the intent to defraud, caused to be transmitted by means of wire communications in interstate and foreign commerce certain writings, signs, signals, pictures, and sounds. Specifically, on or about July 17, 2023, in the Northern District of Georgia and elsewhere, ZIMBARDI, caused Victim 1 to send $45,700 from their bank account at Regions Bank to their Exodus crypto wallet beginning with *TVF3Ks (the "Exodus Wallet") for the purpose of investing in The Crypto Program ("TCP")/Amsys,

in violation of Title 18, United States Code, Section 1343.

I further state that I am a Special Agent and that this complaint is based on the following facts:

PLEASE SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof. Yes

Vince Frederic
Signature of Complainant
Vince Frederic

Based upon this complaint, this Court finds that there is probable cause to believe that an offense has been committed and that the defendant has committed it. Sworn to me by telephone pursuant to Federal Rule of Criminal Procedure 4.1.

May 6, 2026 at Atlanta, Georgia
Date City and State

LAWRENCE R. SOMMERFELD
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer

Lawrence R. Sommerfeld
Signature of Judicial Officer

AUSA Bethany L. Rupert /
Bethany.Rupert@usdoj.gov

ATTEST: A TRUE COPY
CERTIFIED THIS

Date: May 06 2026

KEVIN P. WEIMER, Clerk

By: Lisa Glaser
Deputy Clerk

# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Vince R. Frederic Jr., with the Atlanta Division of the Federal Bureau of Investigation ("FBI"), hereby depose and say under penalty of perjury:

## INTRODUCTION AND AGENT BACKGROUND

1. As a Special Agent of the FBI, I am an "investigative or law enforcement officer of the United States" within the meaning of 18 U.S.C. § 2510(7). Therefore, I am empowered to conduct investigations of and to make arrests for offenses enumerated in 18 U.S.C. § 2516.

2. I am and have been a Special Agent with the FBI since August 2020, when I entered on duty at the FBI Academy in Quantico, Virginia. I am currently assigned to the Atlanta Field Division and am assigned to the Financial Crimes Squad. I am responsible for apprehending fugitives and investigating financial crimes, including money laundering, securities fraud, mortgage fraud, wire fraud, and other financial crimes. I am authorized to conduct investigations and make arrests for offenses contained in Titles 18 and 21 of the United States Code.

3. Prior to joining the FBI, I practiced as a Certified Public Accountant in the State of Louisiana. From 2017 until joining the FBI, I worked at a public accounting firm, specifically in income taxation, auditing, and financial statement reviews and compilations.

4. My training and gained experience consist of arrest procedures, evidence collection, conducting surveillance, interviewing techniques, drafting affidavits for search warrants, the execution of search and arrest warrants, and other various investigative techniques. As a Special Agent, I have reviewed and analyzed electronic evidence in the form of geo-location data, social media accounts, telephone records, and other applications used to support criminal activity. I am personally familiar with and have used various investigative methods during my law enforcement career, including, but not limited to physical surveillance, electronic

surveillance, informant and witness interviews, grand jury subpoenas, and court-authorized wiretaps.

## SOURCES OF INFORMATION

5. The information set forth in this affidavit is based on my personal observations and knowledge, and on (a) my training and experience, (b) information obtained from other individuals participating in the investigation, (c) reports and/or business records, (d) recorded conversations or text messages, and (e) communications with other individuals who have personal knowledge of the events and circumstances described herein.

6. Since this affidavit is being submitted for the limited purpose of establishing probable cause, I have not included in this affidavit every detail of the investigation. Rather, I have set forth facts that I believe are sufficient to establish probable cause for the issuance of the requested criminal complaint.

7. Unless specifically indicated otherwise, any conversations and statements described in this affidavit are related in substance and in part only.

## PROBABLE CAUSE

### Overview

8. In August 2023, the FBI began investigating Edward Zimbardi (ZIMBARDI) following allegations of investment fraud and wire fraud related to a scheme known as The Crypto Program (TCP)/AMSYS (AMSYS).

9. FBI's investigation determined that TCP/AMSYS was an investment fraud scheme in which investor funds were used for purposes other than promised. The scheme used predominately two investment websites and cryptocurrency as the means to invest. Financial records (explained further below) show a high volume of transfers in and out of TCP's

cryptocurrency wallets without any apparent economic engine to generate promised returns, indicative of a Ponzi scheme.[1]

10. From about June 2022 until about August 2023, TCP/AMSYS offered and sold investment contracts through ZIMBARDI, who claimed to be the "Master Affiliate" of TCP/AMSYS, as well as through its websites, www.cryptoprogram.me and www.amsys.io.[2] TCP/AMSYS referred to these investment contracts as "advertising packages." TCP/AMSYS offered the packages for $550 each and guaranteed a fixed 25% monthly return. TCP/ AMSYS held itself out as an online advertising business. The purported purpose of the investment offerings was to use investor funds to purchase online advertising, which would generate returns for investors. FBI's investigation determined that investor funds were not used in this manner, but rather, were used to invest in FOREX[3] trading and to pay back other investors.

11. ZIMBARDI promoted TCP/AMSYS from his primary residence in Flowery Branch, GA,[4] which is in the Northern District of Georgia, between August 2022 and June 2024.

---

[1] The term "Ponzi scheme" refers to a fraudulent investment scheme where early investors are paid returns from the capital of new investors, rather than from legitimate business profits. The key difference between a Ponzi scheme and a legitimate investment is that a Ponzi scheme relies on a continuous influx of new investments to pay returns to existing investors. It's named after Charles Ponzi, who used a similar tactic in the 1920s.

[2] In June 2023, TCP rebranded from TCP to AMSYS. TCP used the website www.cryptoprogram.me, whereas AMSYS used the website www.amsys.io.

[3] Forex (foreign exchange or FX) is the decentralized global market for buying and selling currencies, allowing participants to exchange one currency for another. As the world's most traded and liquid financial market, it operates 24/5 with over a trillion dollars in daily volume, where traders speculate on currency pairs' rising or falling values to earn profits.

[4] Agents believe this residence was ZIMBARDI's primary residence because (1) records show he purchased the home in August 2022, (2) many videos posted online by ZIMBARDI between 2022 and 2024 show key items in the residence, such as a framed folded American flag and statue of a bald eagle sitting on a bookshelf, that were seized by law enforcement when a

**IMGFX**

12. Beginning around January 2021, ZIMBARDI began engaging in FOREX trading through an entity called IMGFX. Records show that IMGFX was incorporated in Saint Vincent and the Grenadines in October 2020. ZIMBARDI solicited clients to IMGFX as a Percentage Allocation Management Module (PAMM) Manager/trader,[5] specifically trading FOREX.

13. The FBI spoke to multiple witnesses who were affiliates/promoters of IMGFX. Those witnesses explained that ZIMBARDI was brought on to IMGFX as an affiliate, and over time, took on a larger role and had the opportunity to receive a percentage of the broker revenue. Those witnesses explained that, over time, ZIMBARDI became more involved in the day-to-day operations of IMGFX. For example, around February 2022, IMGFX began using the liquidity provider FXE Prime Ltd (FXE Prime),[6] to conduct FOREX trading, and ZIMBARDI became the main point of contact for FXE Prime. According to Skype messages[7] between IMGFX and FXE Prime in 2022 and 2023, ZIMBARDI had many discussions with FXE Prime

---

storage unit ZIMBARDI occupied was searched in 2025, and (3) ZIMBARDI's residence was sold in late June 2024.

[5] PAMM trading is trading that allows a professional trader to manage a pooled account containing funds from multiple investors. Investors give a manager a limited power of attorney to trade on their behalf, and all profits and losses are shared proportionally based on each investor's contribution to the total capital. The manager earns a commission on profits, aligning their interests with those of their investors.

[6] A liquidity provider (LP) in FOREX is a financial institution—typically a major bank, hedge fund, or specialized trading firm—that acts as a market maker by simultaneously buying and selling currency pairs to ensure high market liquidity and tight bid-ask spreads. They ensure that brokers and traders can execute large volumes of trades instantly without significant price fluctuations.

[7] The FBI received documents from the U.S. Commodity Futures Trading Commission (CFTC), via an access request related to the CFTC's separate investigation of TCP/AMYSYS, to include Skype messages received from FXE Prime regarding IMGFX.

on behalf of IMGFX, including confirming withdrawals and deposits and discussing changing IMGFX's password at FXE Prime.

14. ZIMBARDI attempted to conceal the extent of his involvement with IMGFX and FXE Prime. Specifically, in messages on ZIMBARDI's phone obtained by Dutch authorities pursuant to ZIMBARDI's arrest on February 25, 2024, ZIMBARDI wrote in 2022 that he could be affiliated with leadership at IMGFX only in private, not in public.

15. For example:

a) In a Telegram message sent on August 6, 2022, ZIMBARDI, using the screen name "edzimbardi," wrote: "I don't mind flying to Cypress [sic] to represent IMGFX as an 'executive' on behalf of the owners I just can't be on the company as an owner beging [sic] a US guy."

b) Again, on August 6, 2022, ZIMBARDI wrote: "In private I can be an executive with IMGFX but in public I can't be visible at all."

c) Again, on August 6, 2022, ZIMBARDI wrote: "I don't mind 'representing' IMGFX but can't be on any signed documents."

**TCP/ AMSYS**

16. ZIMBARDI began promoting TCP/AMSYS in June 2022, telling potential investors that they could purchase advertising packages for $550 each through the program. ZIMBARDI used numerous social media platforms, in person meetings, and promotional events in the Northern District of Georgia to solicit investors.

17. ZIMBARDI also created videos to promote TCP/AMSYS. The FBI received documents and videos from the California Department of Financial Protection and Innovation (CDFPI) and the Securities Exchange Commission (SEC) via an access request related to the entities' separate investigations of TCP/AMYSYS.

18. Numerous videos obtained by the CDFPI and SEC were filmed by ZIMBARDI from his Flowery Branch, Georgia residence between 2022 and 2024.[8] These videos depict ZIMBARDI's promotion of TCP/AMSYS, as well as his explanation of his role in the program.

19. In multiple videos, ZIMBARDI explained that he had control over TCP/AMSYS. For example, in a video posted in an AMSYS Telegram group on or about June 27, 2023, ZIMBARDI expressed frustration with U.S. investors.[9] ZIMBARDI said, "Some of you guys in the U.S. are idiots. You're going contacting the exchange. You're mentioning The Cryptoprogram, you're mentioning Amsys, these people don't like it . . .a few of you guys are fucking idiots and love to mess things up for everyone else." Later in the video, ZIMBARDI threatened to find the people who were making complaints and said that their purchases/investments would be "canceled" and they would be "banned" from the program. Thus, according to ZIMBARDI's own words, he had control over TCP/AMSYS and had the ability to cancel purchased packages.




[8] The videos show key items in the Flowery Branch residence, such as a framed folded American flag and a statue of a bald eagle sitting on a bookshelf, that were subsequently seized by law enforcement from the residence, and a witness in the investigation confirmed that Zimbardi filmed the videos from the Flowery Branch residence.

[9] Although the FBI is not certain of the reason for the frustration, on or about June 27, 2023, the CDFPI served ZIMBARDI and The Cryptoprogram a Desist and Refrain Order related to their investigation of TCP/AMSYS. Based on the timing of ZIMBARDI's comments, it is possible that ZIMBARDI was upset about the CDFPI order.

20. Additionally, in a video posted around December 2022, ZIMBARDI—referring to TCP/AMSYS—stated, "I decided to create a solid program."

**Chateau Elan 2023 Summer Summit**

21. In addition to his promotional videos, ZIMBARDI organized a two-day event at Chateau Elan Winery in Braselton, Georgia beginning on June 24, 2023. The event was for current and potential investors of TCP/AMSYS. The FBI interviewed attendees of the event. Those attendees told the FBI, in substance, that ZIMBARDI was the organizer or "Master of Ceremonies," and the purpose of the event was to promote TCP/ AMSYS. At this event, the largest promoters of TCP/AMSYS spoke on stage and gave testimonials about the success of TCP/AMSYS. Also, ZIMBARDI told investors the name of TCP was changing to AMSYS and a new website would be launched with the URL, www.amsys.io. ZIMBARDI told investors the change was "a good thing" and the name was being changed only because "The Crypto Program" was confusing for a lot of people considering that the program focused on advertising packages. Attendees told the FBI that ZIMBARDI tried to distance himself from TCP by stating he was not the owner of TCP, and the owners were going to remain anonymous.

22. Records received during the investigation show that ZIMBARDI collected over $68,000 in registration fees for the Chateau Elan event through his PayPal account. Financial records show that ZIMBARDI made payments for the event from his bank account.

23. Additional records received show ZIMBARDI signed documents on behalf of TCP at Chateau Elan regarding the reservation information.

**Victim 1**

24. Investors predominately sent funds to TCP/AMSYS through cryptocurrency; however, some investors sent wire transfers to ZIMBARDI for their investment in TCP/AMSYS.

25. In April 2026, the FBI spoke to certain victims regarding TCP/AMSYS. Victim 1 told the FBI that they first heard about TCP/AMSYS around June 2023 and attended the Chateau Elan 2023 Summer Summit in Braselton, Georgia. Additionally, Victim 1 recalled watching videos of ZIMBARDI discussing the legitimacy of TCP. Victim 1 learned TCP sold advertising packages for $550 and was told $500 of the investment would be directly invested in advertising and the remaining $50 would be sent to a referral program.[10] Based on the information Victim 1 was told at Chateau Elan by ZIMBARDI and other promoters, along with the videos they watched of ZIMBARDI, they believed TCP was an opportunity to invest and receive a 25% rate of return on their investment and that their funds were going to be used to purchase advertising. On July 17, 2023, Victim 1 sent $45,700 from their bank account at Regions Bank, based in Hoover, Alabama, to their Exodus crypto wallet beginning with *TVF3Ks (the "Exodus Wallet") for the purpose of investing in TCP/AMSYS. Victim 1 initiated this wire transfer from inside a Regions Bank located in Decatur, Georgia (in the Northern District of Georgia).

26. The FBI confirmed with Regions Bank that its servers—used both for this wire transfer and other transactions conducted by the bank—were located in Alabama.

27. On the same date as the wire transfer—July 17, 2023—Victim 1 initiated a transfer of about 45,122.49 USDT from their Exodus Wallet to a cryptocurrency wallet with the address TRwURrPSMsqAFam39buJiMzWbdHfxF6MXc ("TCP Wallet 3"), for the purpose of investing in TCP/AMSYS. This transaction was validated by Poloniex.com, which operates primarily through Polo Digital Assets, Ltd., a company based in Eden Island, Seychelles. Victim 1 initiated this transfer online while residing in the Northern District of Georgia.

---

[10] ZIMBARDI told investors $500 of the investment was used to purchase an advertising package and $50 was used for the referral program. ZIMBARDI described a two-tier program which paid the person who referred a new investor and the promoter directly above that investor.

28. Victim 1 told the FBI that they would not have invested if their funds were going to be used for purposes other than advertising and would not have invested if their funds were going to be paid to prior investors.

29. The FBI conducted analysis of TCP Wallet 3 regarding how Victim 1 funds were used. The FBI determined Victim 1's transaction occurred at 17:23 UTC. The balance of TCP Wallet 3 preceding this transfer was 1,508,198.34 USDT[11]. Analysis of this wallet shows, based on a last-in-first-out tracing methodology, Victim 1 funds were withdrawn from TCP Wallet 3 as part of TXID 1f1f98404b70d51ab80eadd0dd7d721ce606a4a98593cf78ab017831250e80ea. This transaction was a Bulk Sender[12] batch payment to eighteen different addresses totaling 177,219 USDT. Of these addresses, fifteen had sent cryptocurrency to TCP Wallet 3. Of the fifteen addresses, twelve sent funds to TCP Wallet 3 prior to this batch payment. Based on my training and experience, this analysis indicates that TCP Wallet 3 was used to receive funds from other investors and then, Victim 1's funds were used, in part, to pay previous investors. The remaining three addresses that had not previously sent funds to TCP Wallet 3 appear, based on FBI's tracing, to contain interest payments related to TCP Wallet 2.

30. Additionally, ten minutes after Victim 1 sent their transfer to TCP Wallet 3, TCP Wallet 3 made another transaction to Bulk Sender through which ZIMBARDI made payments to

[11] USDT (Tether) is a, fiat-collateralized stablecoin designed to maintain a 1:1 value with the US dollar ($1 USD = 1 USDT) by holding equivalent reserves (cash, U.S. Treasury bills) for every token issued. Tether Operations Limited manages this peg by minting new tokens when demand rises and removing/redeeming them when demand falls, primarily through arbitrage to keep the price stable.

[12] Bulksender.com is a bulk sending tool designed to assist crypto wallet owners with distributing cryptocurrency. Bulk Sender charges a flat fee per transaction. There is no technical knowledge required, just a CSV file populated with the addresses and values to be sent.

other investors and to himself. The Bulk Sender transaction included 4,325.75 USDT sent to a crypto currency wallet ending *9g9c, hereafter referred to as "ZIMBARDI's Wallet *9g9c."[13]

31. From the time Victim 1 sent their deposit to TCP Wallet 3 until TCP Wallet 3 ceased substantive activity in August 2023, TCP Wallet 3 received an additional 35,394.270.70 USDT. Of that, approximately 34,123,987.5 USDT was withdrawn via Bulk Sender, which includes 117,840.75 USDT sent to ZIMBARDI's Wallet *9g9c.

32. Thus, based on ZIMBARDI's representations, including at Chateau Elan, Victim 1 believed that he was investing in an advertising investment offered by ZIMBARDI and others. However, FBI's investigation has determined that ZIMBARDI did not invest Victim 1's funds in advertising, but instead, used Victim 1's funds to pay prior investors and himself.

**Overall TCP/AMSYS Crypto Tracing**

33. The transfer of Victim 1's funds to TCP Wallet 3 and then to Bulk Sender and ZIMBARDI's Wallet *9g9c was consistent with how other investor purchases were previously handled. From about June 3, 2022, until about January 2023, ZIMBARDI directed investors in TCP/AMSYS to purchase advertising packages by making deposits into two other cryptocurrency wallets—TCP Wallet 1 and TCP Wallet 2.

34. From about January 2023 until about August 19, 2023, ZIMBARDI phased out use of TCP Wallet 1 but continued to accept deposits in TCP Wallet 2 and also began using TCP Wallet 3 to accept deposits.

35. The FBI analyzed the transactions from TCP Wallet 3, which showed that TCP Wallet 3 had approximately $81,100,000 in deposits from January 2023, until August 19, 2023.

---

[13] On November 5, 2025, the FBI executed a federal search warrant at a storage unit in Flowery Branch, Georgia used to store ZIMBARDI's belongings from his residence in Flowery Branch, Georgia. From that storage unit, agents seized seed phrases (master passwords of 12-24 random words that secure and recover cryptocurrency wallets) to cryptocurrency wallets that were recorded on a piece of paper, to include ZIMBARDI's Wallet *9g9c. This is further explained on page 11 of the affidavit.

According to the analysis, approximately $4,450,000 was sent from TCP Wallet 3 to FXE Prime in the account name IMGFX, and approximately $69,000,000 was sent to Bulk Sender. FBI analysis of funds sent to Bulk Sender from TCP Wallet 3 determined that, generally, cryptocurrency addresses that received payments via Bulk Sender previously sent funds to TCP/AMSYS, which, again, indicates that those funds were sent to previous investors. Additionally, FBI's analysis determined that, between 2022 and 2024, ZIMBARDI received over $730,000 from Bulk Sender in cryptocurrency wallets associated with him.

36. On August 19, 2023, TCP/AMSYS stalled and failed to continue operating.

37. The FBI has not identified evidence that any funds received by TCP/AMYSYS were used to purchase advertisements or invest in advertising.

**Funds traced to ZIMBARDI**

38. On November 5, 2025, the FBI executed a federal search warrant at a storage unit in Flowery Branch, Georgia used to store ZIMBARDI's belongings from his residence in Flowery Branch, Georgia. From that storage unit, agents seized seed phrases[14] to cryptocurrency wallets that were recorded on a piece of paper, to include wallet ending *824f, and the cryptocurrency wallet referenced earlier in this affidavit as, ZIMBARDI's Wallet *9g9c. In my training and experience, the owner of cryptocurrency wallets safeguards seed phrases to maintain security over cryptocurrency funds.

39. FBI analysis of wallet *824f showed it received approximately $105,000 from Bulk Sender, and $8,570 from TCP Wallet 2. FBI analysis of Zimbardi's Wallet *9g9c showed it received approximately $285,000 from TCP Wallet 3.

---

[14] A seed phrase (also known as a recovery phrase or mnemonic phrase) is a master password of 12 to 24 random words used to backup and recover cryptocurrency wallets. It acts as a unified password for recovery of funds if a wallet is lost, stolen, or destroyed.

40. Further analysis of wallets attributed to ZIMBARDI through cryptocurrency exchanges, the search of ZIMBARDI's devices by the Dutch authorities, and seed phrases identified in the storage units show that, in total, ZIMBARDI received over $730,000 from Bulk Sender and over $6,200,000 from FXE Prime.

41. Throughout the investigation, the FBI received documents and account statements between FXE Prime and IMGFX. Statements received show from February 2022 – May 2023, approximately $36,935,000 was sent to IMGFX's account at FXE Prime. FBI analysis shows approximately $32,485,000 of those funds was from TCP/AMSYS. Records show the funds received by FXE Prime were used for FOREX trading, and in total lost over $9,000,000 trading FOREX.

**Assets purchased by Zimbardi in 2022 and 2023**

42. In August 2022, ZIMBARDI purchased a house for over $433,000 in the Northern District of Georgia. In February 2023, ZIMBARDI's girlfriend purchased an RV for $235,000. In March 2023, ZIMBARDI provided Anthony Zimbardi payment for his house in the amount of $485,000, and in total sent Anthony Zimbardi over $1,237,000 in 2023, all while Anthony Zimbardi resided in the Northern District of Georgia. Additionally, in April and July 2023, ZIMBARDI purchased vehicles in the Northern District of Georgia for all four of his children, totaling nearly $400,000. And in January and March 2024, ZIMBARDI used his trust to purchase two vehicles in the Northern District of Georgia for over $300,000.

**CONCLUSION**

43. Based on the foregoing information, I submit that there is probable cause to believe that ZIMBARDI devised a scheme to defraud investors, and on or about July 17, 2023, in the Northern District of Georgia, ZIMBARDI knowingly and willfully caused an interstate wire

for the purpose of executing that scheme, in violation of Title 18, United States Code, Section 1343.

**END OF AFFIDAVIT**