# United States District Court

NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA
v.

Edward Zimbardi

**WARRANT FOR ARREST**
AGENT TO ARREST

Case Number: 2:26-MJ-16-AWH

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Edward Zimbardi

and bring each forthwith to the nearest magistrate judge to answer a **COMPLAINT** charging each with: knowingly devising and intending to devise a scheme and artifice to defraud, and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, and by omission of material facts, and for the purpose of executing the scheme and artifice to defraud, with the intent to defraud, causing to be transmitted by means of wire communications in interstate and foreign commerce certain writings, signs, signals, pictures, and sounds,

in violation of 18, United States Code, Sections 1343.

LAWRENCE R. SOMMERFELD
Name of Issuing Officer

ATTEST: A TRUE COPY
CERTIFIED THIS
Date: May 06 2026
KEVIN P. WEIMER, Clerk
By: Lisa Glaser
Deputy Clerk

United States Magistrate Judge
Title of Issuing Officer

Law R. Sommerfeld

Signature of Issuing Officer

May 6, 2026
Atlanta, Georgia
Date and Location

Bail Fixed at $____________________ by____________________
Name of Judicial Officer

---

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at:

________________________________________

Date Received:____________________ ____________________
Name and Title of Arresting Officer

Date of Arrest:____________________ ____________________
Signature of Arresting Officer