U.S. Department of Justice
United States Attorney

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA

v.

Edward Zimbardi

**Agent to Arrest**

Indictment/Information

2:26CR-35

UNDER SEAL

FILED IN OPEN COURT
U.S.D.C. - Atlanta

JUL 08 2026

KEVIN P WEIMER, Clerk
By: Deputy Clerk

# PRAECIPE

The Clerk is hereby directed to issue a warrant for arrest, certified copy (copies) of indictment attached, returnable instanter, in the above-stated case.

Bethany L Rupert
Bethany Rupert
Assistant United States Attorney

Filed In Clerk's Office, this ________ day of ______________, 20 ____ .

______________________________
Clerk

By ______________________________
Deputy Clerk

Form No. USA-19-8
(Rev. 08/06/87)
N.D.Ga. 08/26/94