FILED IN CHAMBERS
U.S.D.C ATLANTA

Date: JUly 8 2026

KEVIN P. WEIMER, Clerk

By: s/Angela L. Smith
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>EDWARD ZIMBARDI | Criminal Action No.<br>2:26-CR-35<br>**UNDER SEAL** |

**Motion to Seal and for Limited Disclosure**

**of the Indictment and Related Materials**

The United States of America, by Theodore S. Hertzberg, United States Attorney, and Bethany L. Rupert, Assistant United States Attorney for the Northern District of Georgia, respectfully requests that the attached **Indictment**, motion to seal and order be sealed for the following reasons:

The target of this investigation is not aware of its existence. Public disclosure of the Indictment, this motion, the arrest warrant, and any related orders in this matter would jeopardize this criminal investigation, notify potential targets, and possibly undermine the investigation.

Additionally, the target is presently located outside the United States. The government, therefore, must communicate with both domestic and foreign law enforcement officials to effectuate the location, arrest, and extradition of the target.

The government is therefore asking that the Indictment, this motion to seal, the arrest warrant, and related orders be sealed with limited authorization to

disclose same to and by law enforcement personnel, foreign authorities, and the International Criminal Police Organization ("INTERPOL"), in connection with the performance of their duties and for use in locating, arresting, and/or extraditing the target/defendant.

WHEREFORE, the United States of America respectfully requests that this motion, the **Indictment**, the warrant, and ensuing order be sealed and that the Government be authorized to disclose same for the limited purposes described herein, and that the ensuing order be sealed.

Submitted this 8th day of July, 2026.

Respectfully submitted,

THEODORE S. HERTZBERG
*United States Attorney*

/s/BETHANY L. RUPERT
*Assistant United States Attorney*
Georgia Bar No. 971630
Bethany.Rupert@usdoj.gov