# Exhibit A

**Search/PPC**

- On average, **Bing** campaigns range from 2000 clicks to 6000 clicks per cycle/1 package, and can generate 150% per cycle/1 package.
- On average, **Google** campaigns range from 1500 clicks to 5000 clicks per cycle/1 package, and can generate 125% per cycle/1 package.
- On average, **MSN** campaigns range from 1800 clicks to 5500 clicks per cycle/1 package, and can generate 135% per cycle/1 package.
- On average, **Product/Service Sites** campaigns range from 2000 clicks to 6000 clicks per cycle/1 package, and can generate 150% per cycle/1 package.
- On average, **Yahoo** campaigns range from 2000 clicks to 6000 clicks per cycle/1 package, and can generate 150% per cycle/1 package.
- On average, **Youtube** campaigns range from 2000 clicks to 6000 clicks per cycle/1 package, and can generate 150% per cycle/1 package.

**Social Media**

- On average, **Facebook** campaigns range from 3000 clicks to 7000 clicks per cycle/1 package, and can generate 200% per cycle/1 package.
- On average, **Instagram** campaigns range from 3500 clicks to 7500 clicks per cycle/1 package, and can generate 210% per cycle/1 package.
- On average, **LinkedIn** campaigns range from 3000 clicks to 7000 clicks per cycle/1 package, and can generate 200% per cycle/1 package.
- On average, **TikTok** campaigns range from 3000 clicks to 7000 clicks per cycle/1 package, and can generate 200% per cycle/1 package.
- On average, **Twitter** campaigns range from 3000 clicks to 7000 clicks per cycle/1 package, and can generate 200% per cycle/1 package.

**High Traffic Display**

- On average, **High Traffic Blogs** campaigns range from 6000 clicks to 13000 clicks per cycle/1 package, and can generate 370% per cycle/1 package.
- On average, **News Sites Local** campaigns range from 6200 clicks to 14000 clicks per cycle/1 package, and can generate 385% per cycle/1 package.
- On average, **News Sites National** campaigns range from 6000 clicks to 13000 clicks per cycle/1 package, and can generate 370% per cycle/1 package.

Source: Cryptoprogram.me