# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

**2:26-cr-00035-RWS-AWH**
**USA v. Zimbardi**
**Honorable Anna W. Howard**

Minute Sheet for proceedings held In Open Court on 09/16/2026.

TIME COURT COMMENCED: 10:41 A.M.
TIME COURT CONCLUDED: 10:46 A.M.
TIME IN COURT: 00:05
OFFICE LOCATION: Gainesville

TAPE NUMBER: FTR
DEPUTY CLERK: Christina Klimenko

| | |
|---|---|
| DEFENDANT(S): | [1]Edward Zimbardi Present at proceedings |
| ATTORNEY(S) PRESENT: | Bethany Rupert representing USA<br>** Retained counsel Zachary Kelehear representing Edward Zimbardi |
| PROCEEDING CATEGORY: | Arraignment; Initial Appearance; |
| MOTIONS RULED ON: | DFT#1-[]Motion for Extension of Time GRANTED |
| MINUTE TEXT: | Initial Appearance held; retained counsel Zachary Kelehear representing Edward Zimbardi; Arraignment held; verbal plea of NOT GUILTY entered & accepted by the Court; estimated trial: long; case assigned to Sr. U.S. District Judge Richard W. Story for trial & to Magistrate Judge Anna Howard for pretrial proceedings; Upon referral of the Honorable Sr. U.S. District Judge Richard W. Story, Defendant's verbal motion for an extension of 60 days, through 11/30, 2026, in which to file pretrial motions is GRANTED. Defendant was ordered detained at his detention hearing in the Central District of California and is remanded to the custody of the US Marshals service pending trial. |
| EXCLUDABLE DELAY: | The parties shall have until 11/30/2026 to file any additional motions. This extension is necessary for effective preparation. The delay occasioned by this extension shall be considered a period of excludable delay pursuant to 18 U.S.C.§3161(h)(7)(A) because the court found it needed to allow reasonable time for preparation and also found that the ends of justice served thereby outweigh the interests of the public and the defendant in a speedy trial. |