IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*v.*<br>EDWARD ZIMBARDI | Criminal Action No.<br>2:26-cr-00035-RWS |

**BILL OF PARTICULARS**

The United States of America, by Theodore S. Hertzberg, United States Attorney, and Sekret T. Sneed, Assistant United States Attorney, for the Northern District of Georgia, hereby files this Bill of Particulars to add the following property subject to forfeiture under the forfeiture provision of the above-captioned Indictment:

A. VEHICLES

i. one (1) 2023 Western Star dump truck, Vehicle Identification Number 5KKHBPDV0PLUG4730, seized on or about September 15, 2026, at 161 Camp Road, Eastanollee, Georgia.

B. REAL PROPERTY

i. Real property located at 6224 Mount Salem Circle, Flowery Branch, Georgia 30542, and all buildings, appurtenances, improvements and attachments thereon, more particularly described as:

All that tract or parcel of land lying and being in land lot 138 of the 8th District, City of Buford, Hall County, Georgia, being

identified as Tract 1, Being 5.41 Acres, more or less, as shown on the plat of survey made by Hussey, Gay, Bell & DeYoung, Inc. Consulting Engineers, dated September 27, 2005, last revised on December 19, 2005, which plat was recorded on May 16, 2006 in plat book 849, page 115, Hall County, Georgia Records, which plat is incorporated.

Parcel No. Id. 08138 001016.

Respectfully submitted,

THEODORE S. HERTZBERG
*United States Attorney*

/s/SEKRET T. SNEED
*Assistant United States Attorney*
Georgia Bar No. 252939
sekret.sneed@usdoj.gov