UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*v.*<br>EDWARD ZIMBARDI | Criminal Action No.<br>2:26-cr-00035-RWS |

## NOTICE OF FILING LIS PENDENS RE: FORFEITURE

NOTICE IS HEREBY GIVEN, that on October 1, 2026, the attached Notice of Lis Pendens Re: Forfeiture was recorded with the Clerk of Superior Court of Hall County, Georgia.

Dated: October 1, 2026

Respectfully submitted,

THEODORE S. HERTZBERG
*United States Attorney*

/s/SEKRET T. SNEED
*Assistant United States Attorney*
Georgia Bar No. 252939
sekret.sneed@usdoj.gov

eFiled and eRecorded
DATE: 10/01/2026
TIME: 3:31 PM
LIEN BOOK: 700
PAGE: 411 - 413
FILING FEES: $25.00
RECORDED BY: MM
CLERK: Mark Pettitt
Hall County, GA

**RE: PROPERTY CURRENTLY OR FORMERLY OWNED BY FOREVER GRATEFUL MINISTRY.**

**PLEASE RETURN TO:**
**SEKRET T. SNEED**
**ASSISTANT U.S. ATTORNEY**
**75 TED TURNER DRIVE, S.W.**
**SUITE 600**
**ATLANTA, GEORGIA 30303**

**PLEASE CROSS-REFERENCE TO THAT QUIT CLAIM DEED RECORDED OCTOBER 27, 2023, IN BOOK 9291, PAGE 133, HALL COUNTY, GEORGIA LAND RECORDS.**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*v.*<br>EDWARD ZIMBARDI | Criminal Action No.<br>2:26-cr-00035-RWS |

**<u>NOTICE OF LIS PENDENS RE: FORFEITURE</u>**

**6224 MOUNT SALEM CIRCLE, FLOWERY BRANCH, HALL COUNTY, GEORGIA**
**[Tax Parcel ID No.: 08138 001016]**

NOTICE IS HEREBY GIVEN that a Criminal Indictment was filed charging the above-named Defendant with violations of 18 U.S.C. §§ 1343, 1956(h), and 1957, and alleging in the forfeiture provision that the following real property:

**6224 MOUNT SALEM CIRCLE, FLOWERY BRANCH,**

**HALL COUNTY, GEORGIA**

**[Tax Parcel ID No.: 08138 001016]**

> All that tract or parcel of land lying and being in land lot 138 of the 8th District, City of Buford, Hall County, Georgia, being identified as Tract 1, Being 5.41 Acres, more or less, as shown on the plat of survey made by Hussey, Gay, Bell & DeYoung, Inc. Consulting Engineers, dated September 27, 2005, last revised on December 19, 2005, which plat was recorded on May 16, 2006 in plat book 849, page 115, Hall County, Georgia Records, which plat is incorporated

titled in the name of **Forever Grateful Ministry**, together with all appurtenances thereto, improvements thereon, furnishings and fixtures, is subject to forfeiture to the United States of America under the provisions of 18 U.S.C. §§ 981(a)(1)(C) and 982(a)(1), 21 U.S.C. § 853, and 28 U.S.C. § 2461(c).

FURTHER NOTICE IS HEREBY GIVEN that the provisions of 21 U.S.C. § 853(k) prohibit any claimant to the above-described property from (1) intervening in the trial or appeal of the criminal case, or (2) commencing an action at law or equity against the United States concerning the validity of any alleged interest

[CONTINUED ON NEXT PAGE]

subject to the Indictment, except as provided by the provisions of 21 U.S.C. § 853(n), following the entry of a preliminary order of forfeiture.

Respectfully submitted,

THEODORE S. HERTZBERG
*United States Attorney*
*600 U.S. Courthouse*
*75 Ted Turner Drive SW*
*Atlanta, GA 30303*
*(404) 581-6000 fax (404) 581-6181*

/s/SEKRET T. SNEED
*Assistant United States Attorney*
Georgia Bar No. 252939