UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br><br>vs.<br><br><br>ED ZIMBARDI,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | <br><br><br>CASE NO: 2:26-CR-00035 |

MOTION TO CONTINUE PRETRIAL CONFERENCE

COMES NOW the defendant, Ed Zimbardi, by and through undersigned counsel and moves to continue the pretrial conference and pretrial motions deadline for a period of 30 days. In support thereof Mr. Zimbardi shows the following:

1.

This case is currently set for a pretrial conference on December 4, 2026.

2.

Undersigned counsel is requesting the pretrial conference be continued to provide for time necessary for review of discovery and discussions with the government.

3.

Undersigned counsel has reached out to AUSA Bethany Rupert regarding this request and she has indicated that she has no objection to a continuance.

Therefore, Mr. Zimbardi respectfully requests that this Motion for Continuance be granted and that the Court exclude the period of the continuance from computation under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(7)(A).

Respectfully submitted,

***s/Zachary Kelehear***
ZACHARY KELEHEAR
Georgia Bar No. 925716
The Findling Law Firm, P.C.
One Securities Centre
3490 Piedmont Road, Suite 600
Atlanta, Georgia 30305
Office (404) 460-4500

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing motion:

**MOTION TO CONTINUE PRETRIAL CONFERENCE**

Was served upon opposing counsel:

Assistant United States Attorney Bethany Rupert

By ECF Filing.

Dated: November 23, 2026

s/Zachary Kelehear__________
Zachary Kelehear
Georgia Bar No. 925716